**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No:  5:14-cv-387-Oc-30TBS

ALPHONSO JAMES, SR., et al.,

    Defendants.
_____/

# ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion to Seal Copies of Un-redacted Exhibits to Complaint (Doc. 66).  Specifically, Plaintiff seeks leave to file under seal copies of unredacted exhibits that contain confidential information, including social security numbers, dates of birth, addresses, and tax identification information.  Plaintiff asserts that the exhibits are pertinent to the Court's consideration of its forthcoming motion for summary judgment.

The right of access to judicial records pursuant to the common law is well established.  However, the public's right of access is not absolute and "may be overcome by a showing of good cause, which requires balancing the asserted right of access against the other party's interest in keeping the information confidential."  *Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007) (internal quotation marks omitted).  Additionally, filing under seal in this Court is governed by Local Rule 1.09, which provides

that "[e]very order sealing any item pursuant [to] this section shall state the particular reason the seal is required." Further, absent court order or good cause, "no order sealing any item . . . shall extend beyond one year, although a seal is renewable by a motion that complies with (b) of this rule, identifies the expiration of the seal, and is filed before the expiration of the seal." Local Rule 1.09(c).

Here, the Court concludes that the exhibits described by Plaintiff contain information that is personal and confidential in nature. As such, good cause exists for filing these documents under seal. *See Romero*, 480 F.3d at 1246 ("A party's privacy or proprietary interest in information sometimes overcomes the interest of the public in accessing the information.").

Accordingly, it is therefore **ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion to Seal Copies of Un-redacted Exhibits to Complaint (Doc. 66) is GRANTED.

2. The Clerk is directed to accept for filing UNDER SEAL the exhibits described by Plaintiff's motion.

3. These documents shall remain under seal until further order of the Court.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of August, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

2